# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACY FOSTER; JAMIE KIMBALL; and JONATHAN RILEY, *on behalf of themselves and all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>　　　　Defendants. | Civ. No. 18-10354-IT |

## **ASSENTED-TO MOTION TO CORRECT ECF PARTY LISTING**

　　Plaintiffs, with the assent of counsel for all defendants, respectfully request that the ECF docket listing for defendant Marian Ryan (Middlesex District Attorney) be corrected. Due to an apparent data entry or "mouse-click" error at the time of filing the original complaint, DA Ryan is erroneously listed on the ECF docket as "Martin Ryan."

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Luke Ryan*
　　　　　　　　　　　　　　　　　　　　LUKE RYAN, BBO# 664999
　　　　　　　　　　　　　　　　　　　　Sasson, Turnbull, Ryan & Hoose
　　　　　　　　　　　　　　　　　　　　100 Main Street, Third Floor
　　　　　　　　　　　　　　　　　　　　Northampton, MA 01060
　　　　　　　　　　　　　　　　　　　　(413) 586-4800
　　　　　　　　　　　　　　　　　　　　lryan@strhlaw.com

　　　　　　　　　　　　　　　　　　　　*/s/ William Fick*
　　　　　　　　　　　　　　　　　　　　DANIEL N. MARX, BBO# 674523
　　　　　　　　　　　　　　　　　　　　WILLIAM W. FICK, BBO# 650562
　　　　　　　　　　　　　　　　　　　　Fick & Marx LLP
　　　　　　　　　　　　　　　　　　　　3 Post Office Sq., 7th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　(857) 321-8360
　　　　　　　　　　　　　　　　　　　　wfick@fickmarx.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 12, 2018.

                                                              */s/ William Fick*