UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Jennifer COTTO, David CUMMINGS, Jamie KIMBALL, Todd MOTON, and Travis MORAN on behalf of themselves and all others similarly situated, | * * * * | |
| Plaintiffs, | | |
| v. | * * | Civil Action No. 1:18-cv-10354-IT |
| Andrea Joy CAMPBELL, Massachusetts Attorney General; Timothy SHUGRUE, Berkshire County District Attorney; Thomas M. QUINN, III, Bristol County District Attorney; Robert GALIBOS, Cape and Islands District Attorney; Jonathan BLODGETT, Essex County District Attorney; Anthony GULLUNI, Hampden County District Attorney; Marian RYAN, Middlesex County District Attorney; Michael W. MORRISSEY, Norfolk County District Attorney; David E. SULLIVAN, Northwestern District Attorney; Timothy J. CRUZ, Plymouth County District Attorney; Kevin R. HAYDEN, Suffolk County District Attorney; Joseph D. EARLY, JR., Worcester County District Attorney; John A. BELLO, Administrator of the Trial Court; John MAWN, JR., Massachusetts State Police Superintendent; SPRINGFIELD POLICE DEPARTMENT; BOSTON POLICE DEPARTMENT; BROCKTON POLICE DEPARTMENT; and FALL RIVER POLICE DEPARTMENT, on behalf of themselves and all others similarly situated, | * * * | |
| Defendants. | | |

ORDER OF DISMISSAL

TALWANI, D.J.

Pursuant to this court's Memorandum and Order [Doc. No. 131] granting Defendants' Motions to Dismiss [Doc. Nos. 114, 115, 118, 120] and granting in part the Commonwealth Defendants' Motion to Dismiss [Doc. No. 109] and the First Circuit's Judgment [Doc. No. 155] and Mandate [Doc. No. 156] reversing the partial denial of the Commonwealth Defendants' Motion to Dismiss [Doc. No. 109], Plaintiffs' Second Amended Class Action Complaint [Doc. No. 86] is dismissed in full.

This case is CLOSED.

IT IS SO ORDERED.

February 13, 2025                                    /s/ Indira Talwani
                                                     United States District Judge